

**CALIHAN LAW** PLLC

The Powers Building, Suite 761 • 16 West Main Street • Rochester, New York 14614
585 281 2593 • calihanlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/10



Honorable Denise Cote
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

September 21, 2010

**MEMO ENDORSED**

Re: <u>Reed v. Continental Guest Services</u>

Dear Judge Cote:

    I am co-counsel for the plaintiff in this matter. The defendant's insurer has requested on its insured's behalf an extension from September 26 to October 8, 2010 of the defendant's time to answer the complaint. We agree to the request, and I am writing the Court because the defendant has not yet retained counsel. If granted, the extension should not affect the status conference scheduled for October 22.

    Thank you for your consideration of this request.

                    Respectfully submitted,

                    Robert B. Calihan

Cc: Patrecia Blitz
     (FOA & Son Corporation)
   Bruce Carlson, Esq.

*Granted. No further extension shall be granted without an appearance by counsel. So ordered. Oct. 4, 2010*