# GANFER & SHORE, LLP

360 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TELEPHONE (212) 922-9250
TELECOPIER (212) 922-9335

Mark A. Berman
Partner
Tel.: (212) 922-9250 ext 266
mberman@ganfershore.com

**MEMO ENDORSED**

January 10, 2011

*In light of this letter, the conference is canceled, and the Clerk of the Court is requested to close the reference.*

*Maas, USMJ, 1/11/11*

**BY HAND**

Honorable Denise L. Cote
United States District Judge
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

Honorable Frank Maas
United States Magistrate Judge
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/11

JAN 11 2011

Re: Valerie Reed v. Continental Guest Services Corporation
 Civil Action No. 10 CV 5642 (DLC) (FM)

Dear Judge Cote and Magistrate Judge Maas:

We represent Defendant Continental Guest Services Corporation in the above referenced action and write on behalf of both Plaintiff and Defendant to advise the Court that the parties have resolved this putative class action. The parties will be submitting shortly to the Court the preliminary approval papers. As such, the settlement conference scheduled for this Friday, January 14, 2011 should be cancelled. The parties appreciate the Court's assistance in this matter.

Respectfully submitted,

Mark A. Berman

cc: Bruce Carlson, Esq. (counsel for Plaintiff) (by e-mail)
 Robert B. Calihan, Esq. (counsel for Plaintiff) (by e-mail)