**CALIHAN LAW PLLC**

The Powers Building, Suite 761 • 16 West Main Street • Rochester, New York 14614
585 281 2593 • calihanlaw.com

**MEMO ENDORSED**

January 11, 2011

VIA Hand Delivery and Overnight Mail

Honorable Denise Cote
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Reed v. Continental Guest Services

Dear Judge Cote:

We represent Valene Reed in the above captioned action and write on behalf of both plaintiff and defendant. As defendant's counsel informed the Court by letter dated January 10, 2011, the parties have resolved this putative class action and will be filing with the Court an application seeking approval of the settlement.

In a conversation late yesterday with chambers, we were directed to write the Court seeking formal adjournment of the class certification motion. Accordingly, we respectfully request that the January 11, 2011 date by which plaintiff's class certification motion is currently due be adjourned pending the Court's consideration of the settlement approval application. Defendant's counsel joins in this request.

Thank you for your consideration in this matter.

Respectfully submitted,

*Robert B. Calihan*

Robert B. Calihan

cc: Mark A. Berman (Ganfer & Shore, LLP) via e-mail PDF
Bruce Carlson (Carlson Lynch Ltd.) via e-mail PDF

*[Handwritten endorsement:] The preliminary approval application shall be filed by 2/11/11.*

*Denise Cote*
*January 13, 2011*