**CALIHAN LAW** PLLC

The Powers Building, Suite 761 • 16 West Main Street • Rochester, New York 14614
585 281 2593 • calihanlaw.com



# MEMO ENDORSED

May 16, 2011



By Hand Delivery and Overnight Mail

Honorable Denise Cote
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Reed v. Continental Guest Services     10 civ. 5642

Dear Judge Cote:

    At the recent hearing before your Honor, you directed plaintiffs to file a supplemental submission which is due tomorrow, Tuesday, May 17, 2011. Plaintiffs' lead counsel, Bruce Carlson, was preparing the submission, but due to exigent family circumstances that arose over the weekend he will be unable to complete the submission until Friday May 20, 2011. Accordingly, on behalf of plaintiffs, I respectfully request an extension to May 20, 2011 for the submission. Defense counsel has consented to the request.

    Thank you for your attention to this matter.

Respectfully submitted,

*Robert B. Calihan / rp*

Robert B. Calihan

cc: Mark A. Berman (Ganfer & Shore, LLP) via e-mail PDF
    Bruce Carlson (Carlson Lynch Ltd.) via e-mail PDF

Granted.
*Denise Cote*
May 17, 2011