UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VALENE REED, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No. 10-cv-5642 (DLC) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| CONTINENTAL GUEST SERVICES CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT NOTICE OF SUPPLEMENTAL INFORMATION
IN SUPPORT OF PRELIMINARY APPROVAL**

1. On June 28, 2011, the Court conducted a telephonic conference to address several issues related to potential preliminary approval of the proposed class action settlement agreement that is currently before the Court.

2. This Court asked the Parties to make revisions to: a) the Settlement Agreement; b) the Summary Notice; and, c) the Full Notice.

3. Because the Court requested that supplemental information be inserted by both Parties, this Notice is being filed jointly. The Parties have endeavored to make all of the revisions requested by the Court. Those proposed revisions are reflected in redline in the following attached documents: the revised Settlement Agreement (attached as Exhibit 1); the revised Summary Notice (attached as Exhibit 2); and, the revised Full Notice (attached as Exhibit 3).

Dated: July 1, 2011

Respectfully Submitted,

/s/ Robert B. Calihan
Robert B. Calihan, Esquire
rcalihan@calihanlaw.com

CALIHAN LAW
16 W. Main Street
Rochester, N.Y. 14614
(p)(585) 232-5291

/s/ Bruce Carlson
R. Bruce Carlson, Esquire
(*admitted pro hac vice*)
bcarlson@carlsonlynch.com

CARLSON LYNCH LTD
231 Melville Lane
P.O. Box 367
Sewickley, PA 15143
(p) (412) 749-1677
(f) (412) 749-1686

Counsel for Plaintiff


GANFER & SHORE, LLP

/s/ William A. Jaskola_____
        Mark A. Berman
        William A. Jaskola
360 Lexington Avenue
New York, New York 10017
Phone: (212) 922-9250
Fax: (212) 922-9335
wjaskola@ganfershore.com

Counsel for Defendant