UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENE REED, individually and on behalf of all others similarly situated, | ) )  ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CONTINENTAL GUEST SERVICES CORPORATION, | ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 10-cv-5642 (DLC)

Filed Electronically

### DECLARATION OF R. BRUCE CARLSON IN SUPPORT OF FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

1. I am a founding partner of Carlson Lynch, Ltd ("Carlson Lynch").

2. Carlson Lynch represents Plaintiff in this action.

3. I am personally familiar with the investigation, litigation and proposed settlement of this putative class action.

4. Notice to the proposed Class was published consistent with the terms of the Court's Preliminary Approval Order as follows: Summary Notice was published in the national edition of the USA Today on August 1, 2011. Summary Notice was also published in the International Herald Tribune on August 1, 2011.[1] Full Notice of the Settlement was posted on Class Counsels' website commencing on or before August 1, 2011, and remains posted on the website. In addition, Defendant provided notice of the litigation and settlement to the Attorneys General of New York, Pennsylvania and the United States, as contemplated by Section 1715 of the Class Action Fairness Act of 2005.[2]

---

[1] See Affidavits of Publication attached to this Declaration as Exhibit A.
[2] See Cover letters attached to this Declaration as Exhbit B.

5. The Notice apprised potential Class Members of the terms of the proposed settlement, directed them to Class Counsel's website where they could review the Full Notice and submit a claim (www.carlsonlynch.com), provided Class Counsel's toll free telephone number in the event that they had any questions about the proposed settlement and instructed them regarding what to do if they elected to object to the proposed settlement, or wanted to exclude themselves from the proposed settlement, among other things.

6. The deadline for objections to the proposed settlement or requests for exclusion from the proposed settlement was September 19, 2011.

7. As of the filing of this motion, there have been no objections to the proposed Settlement.

8. As of the filing of this motion, there have been no requests for exclusion from the Settlement.

Under penalty of perjury, I declare that the above statements are true and correct.

Executed at Sewickley, Pennsylvania November 7, 2011.

_____
R. Bruce Carlson

# EXHIBIT A



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Oxana Harris says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday August 1, 2011** the following legal advertisement – **IN RE: REED V. CONTINENTAL GUEST SERVICES CORPORATION** – was published in the national edition of USA TODAY.

Principal Clerk of USA TODAY
August 1, 2011

This 1st day of August month 2011 year.

Antoinette Michelle Chase
Notary Public



ANTOINETTE MICHELLE CHASE
NOTARY PUBLIC
REGISTRATION # 7325787
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JANUARY 31, 2014





### INTERNATIONAL Herald Tribune
PUBLISHED BY THE NEW YORK TIMES

620 Eighth Avenue, New York, NY 10018 USA
Tel: (212) 556-7723   Fax: (212) 556-7706

**DECLARATION OF PUBLICATION**

**Continental Guest Services**

The undersigned says:

I am over the age of 18 years and a citizen of the United States. I am not a party to and have no interest in this matter. I am a principal of the International Herald Tribune, a newspaper published in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas. The notice, a true copy of which is attached, was published on the following date(s):

August 1, 2011

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on August 3, 2011

_Judith King_

Sworn before me on this 3rd day of August 2011 in the state of New York.

_Notary Public_

DEBORAH BESHAW
Notary Public, State of New York
No. 01BE5076617
Qualified in Kings County
Certificate on file in New York County
Commission Expires April 21, 2015

THE WORLD'S DAILY NEWSPAPER

[Newspaper page fragments — illegible surrounding articles]

**U.S. DISTRICT COURT—(S.D.N.Y.)**

IN RE: REED V. CONTINENTAL GUEST SERVICES CORPORATION, CASE NO. 10-CV-5642

## SUMMARY NOTICE OF CERTIFIED CLASS ACTION SETTLEMENT

**YOU MAY BE A CLASS MEMBER**
If you used a credit or debit card and were issued an electronically printed receipt by Continental Guest Services Corporation ("CGS") in New York City for theater tickets, sightseeing or other concierge services between June 3, 2008 and July 15, 2011 YOU MAY BE ELIGIBLE TO RECEIVE A SETTLEMENT VOUCHER, as set forth below. If you qualify, you may send in a claim form to get benefits, or you can exclude yourself from the settlement, or object to it.

**WHO'S INCLUDED?**
If you believe you are a member of the class, you may view the full notice online at www.carlsonlynch.com. The Full Notice contains important information regarding rights and remedies to class members to participate in the settlement, to request exclusion from the settlement, to object to the settlement. You may also request a Notice and Claim Form by calling Class Counsel at 1-800-467-5241.

**WHAT'S THIS ABOUT?**
The class action lawsuit alleges that CGS violated certain requirements imposed by the Fair and Accurate Credit Transactions Act ("FACTA"). Specifically, plaintiff claims that CGS printed the expiration date of its customers' credit or debit cards on receipts. CGS denies any liability or wrongdoing. EXCLUDED FROM THE CLASS ARE ANY PERSONS WHO HAVE SUFFERED IDENTITY THEFT OR SUSTAINED MONETARY DAMAGES AS A RESULT OF THE ISSUES IN DISPUTE IN THIS LITIGATION.

**WHAT DOES THE SETTLEMENT PROVIDE?**
Each class member will be entitled to receive a Settlement Voucher good for the following: 1) a Disney Lion King show poster, retail value $15-$17 dollars; 2) a discount of $10 from any theatre ticket purchased through CGS; 3) a $3.25 discount from any sightseeing service offered by CGS; and, 4) a discount of $1.25 from any standard transportation service offered by CGS under $40, and a discount of $3.00 from any standard transportation service offered by CGS over $40. You are entitled to any or all of the options set forth above.

**HOW DO YOU ASK FOR A VOUCHER?**
If you would like to participate in the settlement and receive one of the Settlement Vouchers described above, download the form from the following website: www.carlsonlynch.com and mail the form to Class Counsel at the address indicated on the form.

**WHAT ARE YOUR OTHER OPTIONS?**
If you do not want to be legally bound by the settlement, you must exclude yourself by September 19, 2011, or you won't be able to sue, or continue to sue, CGS about the legal claims in this case. If you prefer yourself, you can't get a Settlement Voucher from this settlement. If you stay in the settlement, you may object to it by September 19, 2011.

The Court will hold a hearing in this case on November 14, 2011 at 10:00 a.m., to consider whether to approve the settlement and a request by the lawyers representing all Class Members for attorneys' fees and costs. This notice is not to be construed as an expression of any opinion by the District Court with respect to the merits of the respective claims or defenses of the parties.

/s/ The Honorable Denise Cote, United States District Court Judge

IF YOU HAVE ANY QUESTIONS OR CONCERNS, VISIT THE WEBSITE AT www.carlsonlynch.com OR CONTACT CLASS COUNSEL AT 1-800-467-5241 OR bcarlson@carlsonlynch.com.

# EXHIBIT B

Case 1:10-cv-05642-DLC   Document 36   Filed 11/10/11   Page 8 of 11

## GANFER & SHORE, LLP

360 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

William A. Jaskola, Esq.
Ext. 226
wjaskola@ganfershore.com

TELEPHONE (212) 922-9250
TELECOPIER (212) 922-9335

July 22, 2011

**VIA FEDERAL EXPRESS**

The Honorable Eric H. Holder, Jr.
Office of the Attorney General of the United States
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Re:  Notice of proposed Class Action Settlement in *Valene Reed v. Continental Guest Services Corporation*, United States District Court for the Southern District of New York, Docket No. 10-cv-5642(DLC)

Dear Attorney General Holder:

In accordance with Section 1715 of the Class Action Fairness Act of 2005, enclosed please find true and correct copies of: (i) the Complaint filed in the referenced matter; (ii) the Settlement Agreement between the parties; (iii) the approved Full and Summary Notices to potential class members of the class settlement, including the right to request exclusion from the class; (iv) the Orders of April 4, 2011 and July 15, 2011 of Hon. Denise Cote relating to this matter and granting preliminary approval of proposed class action settlement, directing the dissemination of notice and scheduling a final settlement hearing for November 14, 2011 at 10:00 a.m.

Pursuant to Section 1715(7)(A), it is not feasible to list the names of prospective class members who reside in any particular State or foreign country, or to estimate the proportionate share of the claims of such members. Pursuant to Section 1715(7)(B), the number of potential class members is estimated to be approximately 75,000 different consumers, however, given the type and nature of the transactions, it is not feasible to estimate the number of potential class members residing in any particular State or foreign country, or to estimate the proportionate share of the claims of such potential members to the entire settlement.

Please contact the undersigned should you have any questions or concerns.

Very truly yours,

William A. Jaskola

WAJ:ac
Enclosures

cc:  R. Bruce Carlson, Esq. (w/o encs.)

**GANFER & SHORE, LLP**

360 LEXINGTON AVENUE

NEW YORK, NEW YORK 10017

TELEPHONE (212) 922-9250
TELECOPIER (212) 922-9335

William A. Jaskola, Esq.
Ext. 226
wjaskola@ganfershore.com

July 22, 2011

**VIA FEDERAL EXPRESS**

The Honorable Eric T. Schneiderman
Office of the Attorney General
120 Broadway, 23rd Floor
New York, New York 10271

    Re:    Notice of proposed Class Action Settlement in *Valene Reed v. Continental Guest Services Corporation*, United States District Court for the Southern District of New York, Docket No. 10-cv-5642(DLC)

Dear Attorney General Schneiderman:

    In accordance with Section 1715 of the Class Action Fairness Act of 2005, enclosed please find true and correct copies of: (i) the Complaint filed in the referenced matter; (ii) the Settlement Agreement between the parties; (iii) the approved Full and Summary Notices to potential class members of the class settlement, including the right to request exclusion from the class; (iv) the Orders of April 4, 2011 and July 15, 2011 of Hon. Denise Cote relating to this matter and granting preliminary approval of proposed class action settlement, directing the dissemination of notice and scheduling a final settlement hearing for November 14, 2011 at 10:00 a.m.

    Pursuant to Section 1715(7)(A), it is not feasible to list the names of prospective class members who reside in New York State or any particular State or foreign country, or to estimate the proportionate share of the claims of such members. Pursuant to Section 1715(7)(B), the number of potential class members is estimated to be approximately 75,000 different consumers, however, given the type and nature of the transactions, it is not feasible to estimate the number of potential class members residing in New York State or any particular State or foreign country, or to estimate the proportionate share of the claims of such potential members to the entire settlement.

    Please contact the undersigned should you have any questions or concerns.

Very truly yours,

William A. Jaskola

WAJ:ac
Enclosures

cc:    R. Bruce Carlson, Esq. (w/ encls.)

**GANFER & SHORE, LLP**
360 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

William A. Jaskola, Esq.
Ext. 226
wjaskola@ganfershore.com

TELEPHONE (212) 922-9250
TELECOPIER (212) 922-9335

July 22, 2011

**VIA FEDERAL EXPRESS**

The Honorable Linda L. Kelly
Office of the Attorney General
Strawberry Square, 16th Floor
Harrisburg, Pennsylvania 17120

    Re:    Notice of proposed Class Action Settlement in *Valene Reed v. Continental Guest Services Corporation*, United States District Court for the Southern District of New York, Docket No. 10-cv-5642(DLC)

Dear Attorney General Kelly:

    In accordance with Section 1715 of the Class Action Fairness Act of 2005, enclosed please find true and correct copies of: (i) the Complaint filed in the referenced matter; (ii) the Settlement Agreement between the parties; (iii) the approved Full and Summary Notices to potential class members of the class settlement, including the right to request exclusion from the class; (iv) the Orders of April 4, 2011 and July 15, 2011 of Hon. Denise Cote relating to this matter and granting preliminary approval of proposed class action settlement, directing the dissemination of notice and scheduling a final settlement hearing for November 14, 2011 at 10:00 a.m.

    Pursuant to Section 1715(7)(A), apart from named plaintiff Valene Reed, it is not feasible to list the names of prospective class members who reside in Pennsylvania or any particular State or foreign country, or to estimate the proportionate share of the claims of such members. Pursuant to Section 1715(7)(B), the number of potential class members is estimated to be approximately 75,000 different consumers, however, given the type and nature of the transactions, it is not feasible to estimate the number of potential class members residing in Pennsylvania or any particular State or foreign country, or to estimate the proportionate share of the claims of such potential members to the entire settlement.

    Please contact the undersigned should you have any questions or concerns.

Very truly yours,

William A. Jaskola

WAJ:ac
Enclosures

cc:    R. Bruce Carlson, Esq. (w/o encs.)